IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| Charles Eugene Mann, | ) | C.A. No. 2:06-3157-TLW-RSC |
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| Steven Loftis, Sheriff; Mr. NFN Doriaty, Director; Mr. NFN Bodiford, Captain; and Mrs. NFN Krein, Director of Medical; | ) | |
| Defendants. | ) | |

The Plaintiff brought this *pro se* civil action for negligence against the Defendants, seeking punitive and pain and suffering damages under 42 U.S.C. § 1983, based on events occurring during his confinement in the Greenville County Detention Center.

This matter is now before the undersigned for review of the Report and Recommendation ("the Report") filed June 12, 2007 by United States Magistrate Judge Robert S. Carr, to whom this case had previously been assigned pursuant to 28 U.S.C. § 636(b) and Local Rule 73.02(B)(2) (D.S.C.). In his Report, Magistrate Judge Carr recommends that the Plaintiff's complaint be dismissed with prejudice for lack of prosecution. Plaintiff has not objected to the Report.

This Court is charged with conducting a de novo review of any portion of the Magistrate Judge's Report to which a specific objection is registered, and may accept, reject, or modify, in whole or in part, the recommendations contained in that report. 28 U.S.C. § 636. In the absence of objections to the Report and Recommendation of the Magistrate Judge, this Court is not required to

1

2

give any explanation for adopting the recommendation.  See Camby v. Davis, 718 F.2d 198, 199 (4th Cir. 1983).

In light of this standard, the Court has carefully reviewed the Report and has concluded that the Report accurately summarizes this case and the applicable law.  For the reasons articulated by the Magistrate Judge, it is hereby **ORDERED** that the Magistrate Judge's Report is **ACCEPTED** (Doc. # 24); and Plaintiff's complaint is dismissed with prejudice.  Based on the foregoing, Defendants' March 9, 2007 motion for summary judgment is deemed moot.  (Doc. # 18).

**IT IS SO ORDERED.**

    S/ Terry L. Wooten
**TERRY L. WOOTEN**
**UNITED STATES DISTRICT JUDGE**

November 26, 2007
Florence, South Carolina